Frank L. Weil et al., as Trustees, Plaintiffs, *v.* Darcey Realty Co., Inc., Appellant, Impleaded with Others.

Kenneth Fisk, as Receiver, Respondent.

Submitted April 20, 1942; decided April 30, 1942.

*Eugene J. Morris, Allan Rogow* and *William V. Keenan* for motion.

*Lawrence Cohen* and *Frederick Lese* opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion, on the ground that the orders do not finally determine the action within the meaning of the Constitution.